## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| LINDSEY REAL ESTATE MONTANA, LLC,<br><br>                Plaintiff,<br><br>vs.<br><br>ACUITY, a Mutual Insurance Company,<br><br>                Defendant. | CV 25-187-M-WWM<br><br><br>ORDER |

Counsel for Plaintiff has filed an unopposed motion to appear via video conference at the Preliminary Pretrial Conference set for January 15, 2026, at 8:30 a.m. at the Russell Smith Courthouse in Missoula, Montana.  (Doc. 9).

**IT IS HEREBY ORDERED** that Plaintiff's motion (Doc. 9) is DENIED. Plaintiff's counsel shall appear in person at the Preliminary Pretrial Conference.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 15th day of December, 2025.

WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE